**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 76.100.132.68**

**ISP:** Comcast Corporation
**Physical Location:** Elkton, MD

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 11/13/2017 11:14:42 | FF75AB28A949A17A52CEE71C191C37C61258B6AD | Rub Me The Right Way Too |
| 11/13/2017 11:13:35 | FBBFFA336DF8727A7E1CE300DC5CA127A658AC83 | New Year Bang |
| 11/13/2017 10:48:38 | 5CF74DDFF817F18342D01A1E88D2053BB766C91E | The Artiste |
| 10/29/2017 09:38:17 | C06868491BB3010DC2292A25CF658979195D0F4D | Sex For Three By The Sea |
| 10/29/2017 09:34:23 | 88DC4EC70AB81986698CE8099924C834DE5C6A5D | Dripping Pleasures |
| 10/05/2017 13:27:49 | DC08EC7CD48C54600C190E7EB61E7D99C5425CD0 | An Afternoon Inside Kim |
| 10/05/2017 13:06:44 | 5DFF27CA2A3C0CC5CAA9190C959ED854BD5BC6B4 | Piano Concerto |
| 10/05/2017 11:45:47 | 9E4657AC26A21EF5A2A920B00E1A3C676FD403EA | Black Lace and Blonde Hair in My Bed |
| 10/05/2017 11:18:11 | 7419715F61235A8F635A1F1217E78570D5873285 | Cum For A Ride |
| 05/20/2017 11:04:12 | AEFAF09AC68DAA06E98C65AFC792BF6E79A8E359 | Sweet Sensations |
| 05/20/2017 02:18:31 | 3BEA091FF51380743F7EDF2F42E49503CD94BCC2 | Deep in Love |

**Total Statutory Claims Against Defendant: 11**

EXHIBIT A

MD655